DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES JAMES LAWN, JR.,**
Appellant,

v.

**DR. DONALD WOOD, D.O.F.A.C.E.P., MARTIN MEDICAL CENTER, INC.,** and **FRANK NICHOLAS GARCIA, M.D.,**
Appellees.

Nos. 4D18-505 & 4D18-1096

[January 31, 2019]

Consolidated appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 17-706-CA.

Charles James Lawn, Jr., Jasper, pro se.

Michael R. D'Lugo of Wicker, Smith, O'Hara, McCoy & Ford, P.A., Orlando, for appellee Frank Nicholas Garcia, M.D.

Jessica L. Latour and Eugene L. Ciotoli of Bobo, Ciotoli, White & Russell, P.A., Palm Beach Gardens, for appellee Dr. Donald Wood, D.O.F.A.C.E.P.

PER CURIAM.

*Affirmed.*

MAY, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***